**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEVRICK GAIL,** | : | **CIVIL NO. 3:14-CV-2347** |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **WARDEN, USP CANAAN,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**AND NOW**, to wit, this 31st day of March 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. Petitioner's motions (Docs. 12, 14) for appointment of counsel, and for discovery, are DENIED as moot.

3. The Clerk of Court is directed to CLOSE this case.

                                            **BY THE COURT:**

                                            **s/James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**